**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MOSES NELSON,
        Plaintiff,

    v.

COUNTRYWIDE HOME LOANS, INC.,
BANK OF AMERICA, NA, AMERICAN
BROKERS CONDUIT, US BANK
NATIONAL ASSOCIATION, WELLS
FARGO BANK, NA, and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC.,
        Defendants.

Case No. 3:18cv2081 (SRU)

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of Defendants' Bank of America, Countrywide Home Loans and Mortgage Electronic Registration Systems, Motion to Dismiss (Doc. 14); and

The Court having considered the full record of the case including applicable principles of law, on September 30, 2019, entered a ruling granting the motion; and on January 6, 2020, entered a ruling granting dismissal of the remaining defendants; it is therefore

ORDERED, ADJUDGED and DECREED that Judgment is entered for all named defendants against the plaintiff and the case is closed.

Dated at Bridgeport, Connecticut, this 7th day of January, 2020.

ROBIN D. TABORA, CLERK

By:   /s/ Susan Imbriani
      Susan Imbriani
      Deputy Clerk

EOD: 1/7/2020